UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
"IN ADMIRALTY"

V.G. INVESTMENTS, INC.

CASE NO.:

    Plaintiff,

v.

M/V SECURE (ex-LUNDENES) her engines, machinery,
boilers, appliances, equipment, freight, (including
tackle, apparel, Appurtenances, et cetera), in rem
and TAURUS SHIPHOLDING CO., INC.

    Defendant.

_____/

## VERIFIED COMPLAINT

Plaintiff, V.G. INVESTMENTS, INC., sues the Defendants, the Motor Vessel SECURE (ex-LUNDENES), IMO No. 7228429, her engines, machinery, boilers, appliances, equipment, freight, (including tackle, apparel, etc.), (hereinafter also referred to as, the "VESSEL") *in rem* and TAURUS SHIPHOLDING CO., INC. for unpaid repairs, supplies and related costs and alleges:

### Jurisdiction and Venue

1. This is an action under admiralty and maritime jurisdiction as hereinafter fully set forth and is an admiralty claim within the meaning and intent of Rule 9(h) of the Federal Rules of Civil Procedure and 28 U.S.C.A. §1333.

2. Venue is proper in this Court because the VESSEL is located in this District.

3. V.G. INVESTMENTS, INC. is a Corporation with its principal place of business in Miami, Florida.

4. The VESSEL is owned by Taurus Shipholding, Co. Inc., who is a resident of a foreign jurisdiction.

5. The VESSEL has an IMO No. 7228429, is registered in Panama and was constructed in Shipyard Kristiansund, Norway, is 222.13 in length, has a 45.75 foot beam and a draft of 19.51 feet.

6. The VESSEL is presently anchored in at birth at Fifth Street Terminal, 555 NW South River Drive, Miami, FL 33316 within the jurisdiction of this Honorable Court. The VESSEL is transitory in nature, and, as such, is at risk of leaving the jurisdiction of this Court if not immediately arrested.

## GENERAL ALLEGATIONS

7. All conditions precedent to maintain this action have occurred, been waived or have otherwise been satisfied. To date, the VESSEL has not made payment of the amounts owed to the Plaintiff as alleged herein.

8. The Plaintiff has retained the law firm of ARÁN, CORREA, GUARCH & SHAPIRO, P.A. to bring and prosecute this action and to collect the aforesaid referenced indebtedness and any and all deficiencies and has agreed and is obligated to pay this firm a reasonable attorneys' fee, plus all costs, including all costs and fees of the United States Marshall and Substitute Custodian, if appointed, which fees, costs and expenses are presently estimated to be no less than $1,350.00 per day. The Defendants are liable for the payment of these fees.

## COUNT I

9. The Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 8 as if more fully set forth herein.

10. The Plaintiff, V.G. INVESTMENTS, INC., through an Assignment of Rights with Shoreline Marine Fuel Delivery, Inc. has a claim for bunker (fuel) and other services, including labor, provided to the VESSEL. Shoreline Marine Fuel Delivery, Inc. provided the bunkers in accordance with their engagement and relied upon the credit of the VESSEL in order to provide bunker, services and labor thereto.

11. Defendants agreed to pay for these services.

12. The VESSEL has failed to pay some or all of the Plaintiff's charges.

13. As of October 14, 2010, the VESSEL owes the Plaintiff approximately $55,386.06 in fuel, supplies and labor, exclusive of interest, plus costs. Fee charges and interest will accrue until the debt is paid in full at the statutory rate.

WHEREFORE Plaintiff prays:

i. That Judgment be entered against the Defendants, VESSEL, her engines, tackle, etc., in rem, and the vessel's owner, Taurus Shipholding Co., Inc. in at least the amount of $55,386.06, plus accrued and accruing interest, court costs and the cost of custodia legis, jointly and severally.

ii. That process in due form issue from this Honorable Court according to the form of practice of this Court in causes of admiralty and maritime jurisdiction against Defendant, VESSEL, her engines, tackle, etc., in rem, citing all persons claiming any right, title or interest therein to appear and answer under oath all singular matters aforesaid;

iii. That this Honorable Court decree that all rights, title, interests, liens by any other party, be deemed inferior to that of the Plaintiff and that they be barred and foreclosed of any

right, title, interests and lien to or upon any the M/V SECURE (ex-LUNDENES) IMO No. 7228429.

  iv. That this Honorable Court order and adjudge that the claim of the Plaintiff is valid against the M/V SECURE (ex-LUNDENES) IMO No. 7228429, her engines, tackle, etc. and her owner Taurus Shipholding Co. Inc., and that said VESSEL be condemned and sold to pay for the Plaintiff's claims.

  v. That the Plaintiff may have such further and other relief as it may be entitled to under these premises.

  Respectfully submitted,

  ARÁN, CORREA, GUARCH & SHAPIRO, P.A.
  Attorneys for V.G. INVESTMENTS, INC.
  255 University Drive
  Coral Gables, Florida 33134
  Tel. (305) 665-3400
  Fax. (305) 665-2250

  J.M. Guarch, Jr., Esq.
  Florida Bar No. 765007
  Jguarch@acg-law.com

## VERIFICATION

I hereby verify that I have personal knowledge of the facts set forth herein, I am an authorized agent by of V.G. INVESTMENTS, INC. by Power of Attorney. I have read the foregoing Verified Complaint and state that the facts set forth therein are true and correct.

_____
Vladimir Gonzalez, Authorized Agent
V.G. INVESTMENTS, INC.

Before me the undersigned authority personally appeared Vladimir Gonzalez, who after being duly sworn states that she has read the foregoing Verified Complaint and that the statements contained therein are true and correct, and all factual allegations and matters are based upon personal knowledge.

The foregoing was acknowledged before me this 15th day of October, 2010 by _____ who is well known to me or who produced a _____ as identification and who took an oath.

_____
Print Name:
Notary Public
Notary Public State of Florida
Sandra Muniz
My Commission DD742414
Expires 02/06/2012